UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANGEL RUBIO,                                    JUDGMENT
                                                03-CV- 1349 (SJ)
                Plaintiff,

   -against-

CITY OF NEW YORK, POLICE OFFICERS,
DARIN PAPEO, SHIELD #13812, VARGAS,
TAX REG #900114, "WINGATE" or
"WESTGATE," DETECTIVES TERRY BRAUN
and CHIOFALO and UNIDENTIFIED NEW YORK
CITY POLICE OFFICERS,

                Defendants.
-----------------------------------------------------------------X

A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on April 25, 2005, granting defendants' motion for summary judgment; and dismissing plaintiff's complaint in its entirety; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted; and that plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York
       April 26, 2005

                                                /s/ Robert C. Heinemann
                                                ROBERT C. HEINEMANN
                                                Clerk of Court